STATE of Missouri, Respondent,

v.

John L. DRIVER, Appellant.

No. WD 59538.

Missouri Court of Appeals,
Western District.

June 4, 2002.

W. Geary Jaco, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Adriane D. Crouse, Asst. Attorney General, Jefferson City, for respondent.

Before PAUL M. SPINDEN, Chief Judge, JAMES M. SMART, Jr., Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

PER CURIAM.

John Driver appeals the circuit court's judgment convicting him of conspiracy to commit murder in the first degree. We affirm. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Bernardino R. RIZO, Appellant.

No. WD 59708.

Missouri Court of Appeals,
Western District.

Submitted Feb. 8, 2002.

Decided June 4, 2002.

John M. Schilmoeller, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Audara L. Charlton, Asst. Atty. Gen., Jefferson City, for Respondent.

Before PAUL M. SPINDEN, C.J., P.J., JAMES M. SMART, JR., and VICTOR C. HOWARD, JJ.

### *Order*

PER CURIAM.

Bernardino Rizo appeals his conviction of trafficking in the second degree, in violation of § 195.223, RSMo 2000, and his fifteen-year prison sentence for that conviction. Having carefully considered the contentions on appeal, we conclude the judgment should be affirmed. A published opinion would lack precedential value. A memorandum as to the reasons for our decision has been furnished to the parties. Rule 30.25(b).